IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

RICK D. WILKERSON                                                      PLAINTIFF

v.                                    CASE No. 06-1099

JAMES ROBINSON, Sheriff;
DAVID OLIVER; and
KELLY BAILEY                                                          DEFENDANTS

### REPORT AND RECOMMENDATION OF THE MAGISTRATE JUDGE

Rick Wilkerson filed this civil rights action on October 31, 2006. He proceeds pro se and *in forma pauperis*. Pursuant to the provisions of 28 U.S.C. § 636(b)(1) and (3) (2005), the Honorable Harry F. Barnes, United States District Judge, referred this case the undersigned for the purpose of making a report and recommendation.

When he filed the action, plaintiff was incarcerated at the Ashley County Jail (Doc. 1). On February 12, 2007, the Court entered a change of address on Plaintiff's behalf, directing that all mail be sent to the home address Plaintiff provided jail officials at the time of booking (Doc. 14). On March 6, 2007 Plaintiff provided the Court with a notice of change of address (Doc. 16). The address provided by Plaintiff is the current address used by the Court. On June 27, 2007, Defendants filed a Motion to Compel (Doc. 20), stating that Plaintiff's responses to discovery were incomplete. This Court granted the Motion to Compel (Doc. 22). However, on August 30, 2007 Defendants filed a second Motion to Compel (Doc. 26), indicating that Plaintiff still had not completed his responses to discovery. The Second Motion to Compel was granted (Doc. 28).

On September 13, 2007 and October 11, 2007 Defendants filed Motions to Dismiss. Defendants' first Motion to Dismiss was based upon the grounds that mail directed to Plaintiff was returned and Plaintiff had not updated his address with the Court (Doc. 29). Defendants' second Motion to Dismiss was based

-1-

on the grounds that Plaintiff had yet again failed to respond to discovery (Doc. 32).   Plaintiff has not

communicated with the Court in any way.  Mail was returned to the Court as undeliverable on October 9,

2007, however, no new address could be located for Plaintiff.

I therefore recommend that this case be dismissed based on plaintiff's failure to obey the orders of

the court and his failure to prosecute this action.  Fed. R. Civ. P. 41.  **The parties have ten days from**

**receipt of the report and recommendation in which to file written objections pursuant to 28 U.S.C. §**

**636(b)(1).  The failure to file timely objections may result in waiver of the right to appeal questions**

**of fact.  The parties are reminded that objections must be both timely and specific to trigger de novo**

**review by the district court.**

**DATED** this **7th  day of November 2007.**

/s/ Barry A.  Bryant
HON.  BARRY A.  BRYANT
UNITED STATES MAGISTRATE JUDGE

-2-