IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

RICK D. WILKERSON             PLAINTIFF

VS.         CASE NO. 06-CV-1099

JAMES ROBINSON, Sheriff;
DAVID OLIVER; and
KELLY BAILEY               DEFENDANTS

## ORDER

  Before the Court is the Report and Recommendation filed herein on November 7, 2007, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. (Doc. No. 35). Ten (10) days have passed without objections being filed by the parties. The Court hereby adopts *in toto* the Magistrate Judge's findings and recommendations.

  Accordingly, the Court finds that the Plaintiff Rick D. Wilkerson's Complaint should be and hereby is dismissed on the ground that he has failed to obey the orders of this Court and has failed to prosecute this action. *See* Fed.R.Civ.P. 41(b).

  IT IS SO ORDERED, this 3rd day of December, 2007.

                /s/Harry F. Barnes
                Hon. Harry F. Barnes
                United States District Judge